Opinion by Cole, J. In accordance with stipulation of counsel and on the authority of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247) the merchandise was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained to this extent.

**No. 48920.**—Protests 76468-K, etc., of Quong Lee & Co. et al. (San Francisco).

Opinion by Cole, J. In accordance with stipulation of counsel certain items similar to the canned fish in lard involved in Abstract 41800 were held dutiable at 25 percent under paragraph 718 (b) and others substantially the same as the fish in lard with beans the subject of Abstract 42516 were held dutiable at 20 percent under paragraph 1558, as claimed. Protests sustained to this extent.

**No. 48921.**—Protest 89466-K of C. J. Tower & Sons (Buffalo).

Opinion by Cole, J. It was stipulated that certain of the items consist of salted codfish similar in all material respects to that passed upon in Abstract 48574. That record was incorporated herein. In accordance therewith the claim at 1½ cents per pound under paragraph 719 (3) and T. D. 49752 was sustained.

**No. 48922.**—Protests 98354-K, etc., of John V. Carr & Son, Inc. (Detroit).

Opinion by Cole, J. It was stipulated that certain of the items consist of salted codfish similar in all material respects to that passed upon in Abstract 48574. That record was incorporated herein. In accordance therewith the claim at 1½ cents per pound under paragraph 719 (3) and T. D. 49752 was sustained.

**No. 48923.**—Protests 86094-K, etc., of F. W. Myers & Co., Inc. (Detroit).

Opinion by Cole, J. It was stipulated that certain of the items consist of salted codfish similar in all material respects to that passed upon in Abstract 48574. That record was incorporated herein. In accordance therewith the claim at 1½ cents per pound under paragraph 719 (3) and T. D. 49752 was sustained.

**No. 48924.**—Protest 98725-K of F. W. Myers & Co., Inc. (Detroit).